Active Care Medical Supply Corp., as Assignee of Mendoza, Homero, Appellant,
against
American Transit Ins. Co., Respondent.




The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Law Office of Daniel J. Tucker, for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Richard J. Montelione, J.), entered September 12, 2016. The order, insofar as appealed from, denied the branch of plaintiff's motion seeking summary judgment upon the first cause of action and granted the branch of defendant's cross motion for summary judgment seeking summary judgment dismissing that cause of action.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from so much of an order of the Civil Court as denied the branch of plaintiff's motion seeking summary judgment upon the first cause of action and granted the branch of defendant's cross motion seeking summary judgment dismissing that cause of action.
For the reasons stated in Active Care Med. Supply Corp., as Assignee of Wilson, Andrae v American Tr. Ins. Co. (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2016-2883 K C], decided herewith), the order, insofar as appealed from, is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 10, 2019